# First District Court of Appeal
## State of Florida

_____

No. 1D2022-4061
_____

WALTON CONSTRUCTION
SERVICES and SUMMIT,

Appellants,

v.

SHAWN HOLLOWAY,

Appellee.

_____

On appeal from the Office of the Judges of Compensation Claims.
John P. Moneyham, Judge.

Date of Accident: March 9, 2016.

March 13, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


H. George Kagan of H. George Kagan, P.A., Gulf Stream, for Appellants.

Charles F. Beall Jr. of Moore, Hill & Westmoreland, P.A., Pensacola, for Appellee.